UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN E.,[1] | Case No. EDCV 21-27-KK |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| KILOLO KIJAKAZI, Acting Commissioner,[2] | |
| Defendant. | |

On January 6, 2021, Plaintiff Warren E. ("Plaintiff") filed a Complaint challenging the denial of Plaintiff's application for Title II Disability Insurance Benefits and/or Title XVI Supplemental Security Income by the Commissioner of the Social Security Administration ("Defendant"). ECF Docket No. ("Dkt.") 1.

On January 8, 2021, the Court issued a Case Management Order ("CMO") instructing Defendant to file a notice of service of the certified administrative record ("CAR") within ninety days of being served with the Complaint. Dkt. 9 at 2 ("The Commissioner shall have **ninety (90) days** from the date of service of the complaint

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Kilolo Kijakazi, Acting Commissioner of Social Security, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

in which to serve a complete copy of the certified administrative record on plaintiff and electronically file a notice of service with the Court." (emphasis in original)).

On January 26, 2021, Plaintiff filed a proof of service of the summons and Complaint showing service on Defendant was completed on January 19, 2021. Dkt. 10. However, pursuant to the Order 20-074 of the Chief Judge ("Order 20-074"), the action was stayed until "the Commissioner of Social Security either: (a) files a proof of service showing service of the CAR on Plaintiff; or (b) files the CAR directly with the District Court."

On April 15, 2021, the Chief Judge issued Order of the Chief Judge 21-037 ("Order 21-037") which lifted the stay imposed by Order 20-074 and ordered that for actions brought against the Commissioner that were filed in 2021, any outstanding CARs must be produced within 120 days of the date of the order, i.e. August 13, 2021.

As of this date, Defendant has not filed a notice of service of CAR in compliance with the Court's CMO or Order 21-037.[3]

Defendant is, therefore, ORDERED TO SHOW CAUSE in writing, **on or before August 26, 2021**, why Defendant failed to file a notice of service of the CAR. Defendant is cautioned failure to timely respond to this Order may result in entry of default, pursuant to Federal Rule of Civil Procedure 55(a), and/or sanctions.

Dated: August 19, 2021

*/s/ Kenly*

HONORABLE KENLY KIYA KATO
United States Magistrate Judge

---

[3] The Court notes Defendant has appeared in the action by filing a Notice of Consent to Proceed Before Magistrate Judge. Dkt. 12.

2